IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. GOLDMAN,<br><br>    Petitioner,<br><br>  vs.<br><br>SUPERIOR COURT, COUNTY OF SAN JOAQUIN,<br><br>    Respondent.<br>_____/ | No. CIV S-11-2233-CMK-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for leave to proceed in forma pauperis (Doc. 2). Because petitioner has paid the filing fee, the motion is denied as unnecessary.

IT IS SO ORDERED.

DATED: September 1, 2011

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE